256 So.2d 439

**STATE of Louisiana**

v.

**Roland Lee ARCENEAUX.**

No. 52080.

Jan. 25, 1972.

In re: Roland Lee Arceneaux applying for writs of certiorari, mandamus and prohibition.

Writs refused. The application is premature—applicant has an adequate remedy after he is sentenced.

256 So.2d 440

**STATE of Louisiana**

v.

**Roland Lee ARCENEAUX.**

No. 52081.

Jan. 25, 1972.

In re: Roland Lee Arceneaux applying for writs of certiorari, mandamus and prohibition.

Writs refused. The showing made does not warrant the relief sought.

256 So.2d 440

**STATE of Louisiana**

v.

**Leon S. POIRIER.**

No. 52088.

Jan. 25, 1972.

In re: State of Louisiana applying for writs of certiorari, prohibition and mandamus.

Application denied; the ruling of the trial judge is correct.

256 So.2d 440

**Wilfred HOFFPAUIR**

v.

**Wilmer Ray HOFFPAUIR.**

No. 52045.

Supreme Court of Louisiana.

Jan. 27, 1972.

In re: Wilmer Hoffpauir applying for certiorari, or writ of review, to the Court